UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-22447-CIV-ALTONAGA/Damian

**JULIET ESPINOZA**,

    Plaintiff,

v.

**KCF TECHNOLOGIES, INC.**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On August 1, 2023, the Clerk entered a Default as to Defendant KCF Technologies, Inc. [ECF No. 11], after Defendant failed to respond to the Complaint [ECF No. 1] or otherwise appear in this action. (*See* Return of Service [ECF No. 4] (affirming that Defendant was served on July 5, 2023)). On August 3, 2023, the Court entered an Order [ECF No. 12] requiring Plaintiff to file either a motion for default final judgment or notice of joint liability, on or before August 10, 2023. (*See generally* Aug. 3, 2023 Order). The Court warned Plaintiff that the failure to comply "w[ould] result in a dismissal of the case without prejudice and without further notice." (*Id.* 3 (alteration added; emphasis omitted)). To date, Plaintiff has not complied with the August 3, 2023 Order, nor has she sought an extension of time to do so.

Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice. The Clerk is directed to **CLOSE** the case.

CASE NO. 23-22447-CIV-ALTONAGA/Damian

**DONE AND ORDERED** in Miami, Florida, this 11th day of August, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record